# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1308.      GLOBAL PAYMENTS DIRECT, INC. v. FRONTLINE PROCESSING CORP.**

The above-referenced case was docketed on February 5, 2020, and, thus, Appellant's enumeration of errors and brief are due on February 25, 2020. However, on February 6, 2020, Appellant filed a motion to remand the case to the trial court, citing the fact that the transcript of the trial, which Appellant requested be included in the appellate record, has yet to be completed by the court reporter for the Superior Court of DeKalb County.

Pursuant to Court of Appeals Rule 11 (d), "[a]ny case docketed prior to the entire record coming to the Court, as requested by the parties, may be remanded to the trial court until such time as the record is so prepared and delivered to the Court. Accordingly, we hereby GRANT Appellant's motion to remand the case to the trial court. Once the record is complete, Appellant may file a new notice of appeal.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 02/18/2020
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*